IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN J. BROOKS, <br> AIS #179333, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 2:11-CV-723-WHA <br> [WO] |
| | ) <br> ) | |
| STATE OF ALABAMA, et al., | ) <br> ) | |
| Defendants. | ) | |

# **O R D E R**

The Magistrate Judge entered Recommendations (Docs. #19 & 20) in this case to which no timely objections have been filed. After a review of the Recommendations, and after an independent review of the entire record, the court finds that the Recommendations should be adopted. Accordingly, it is

ORDERED that

1. The Recommendations (Docs. #19 & 20) of the Magistrate Judge are ADOPTED;

2. Plaintiff's motion for preliminary injunction (Doc. #15) is DENIED;

3. Plaintiff's claims against the State of Alabama are dismissed with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

4. The State of Alabama is dismissed as a defendant in this action; and

5. This case, with respect to the allegations set forth against Lt. Jones, Officer Bailey, and Officer Person, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 27th day of October, 2011.

                                        /s/ W. Harold Albritton  
                                        SENIOR UNITED STATES DISTRICT JUDGE